August 2, 2024             Page 1 of 4

United States District Court
Northern District of Illinois
Eastern Division

RECEIVED

AUG 02 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Alyce R. Anderson, Plaintiff

v

Northwest Illinois Area Local 7140
American Postal Workers Union, AFL-CIO

Plaintiff Civil Complaint

1:24-cv-07083
Judge Edmond E. Chang
Magistrate Judge Beth W. Jantz
DIRECT

Pursuant to 39 U.S.C 1208(b), (c), and (d). Suits for violations of contract between the Postal Service and a labor organization representing Postal Service employees, or between any such labor organizations, may be brought in any district court of the United States having jurisdiction of the parties, without respect to the amount in controversy. A labor organization and the Postal Service shall be bound by the authorized acts of their agents. Any labor organization may sue or be sued as an entity and on behalf of the employee(s) whom it represents in the courts of the United States. Any money judgment against a labor organization in a district court of the United States shall be enforceable only against the organization as an entity and against its assets, and shall not be enforceable against any individual member or his assets. For the purposes of actions and proceedings by or against labor organizations in the district courts of the United States, district courts shall be deemed to have jurisdiction of a labor organization.

A Brief Statement in Support of Plaintiff's Amendment of Complaint.

A Union's job is to protect, help, assist, and advocate for their craft employee(s) and/or union member(s). The Northwest Illinois Area Local 7140 and the American Postal Workers Union, AFL-CIO both failed to do that. The Plaintiff was ignored, discriminated against and the victim of repeated acts of retaliation by both the Northwest Illinois Area Local 7140 (President Jackie Engelhart) and the American Postal Workers Union AFL-CIO ( National Business Agent/Step 3 Designee Craig Fisher, Central Regional Coordinator Sharyn M. Stone, Secretary-Treasurer Elizabeth Powell, Director of Maintenance Division Idowu Balogun, Industrial Relations Director Charlie Cash, President Mark Dimondstein) agents/employees. Because of union officials dislike for, bitterness towards, ill feelings, strong hostility for the Plaintiff. The Northwest Illinois Area Local 7140 and the American Postal

Workers Union, AFL-CIO.conspired with each other and US Postal Service Labor Relations Specialist (Heather Ash) or other US Postal Service management officials not to process and prosecute Plaintiff grievances, lie to Plaintiff about processing grievances, create and send Plaintiff fake union grievance and arbitration documentation when nothing has been filed, refusing to prosecute Plaintiff grievance at Step 3 holding them "In Abeyance" ( a negative term meaning the union will not argue the grievance and will decide in favor of management officials and await their decision to reveal that negative decision to the employee/grievant). refusal to when there is strong evidence of fraud by management officials to prosecute Plaintiff grievance and negotiate in good faith a monetary settlement amount owed to the Plaintiff (CM222-186). All of these authorized acts of misconduct, fraud, contract violations, and retaliation by union officials, intentionally caused the Plaintiff HARM (both emotional and financial).

## Civil Complaint Statements

1) Informed on September 6, 2022 on August 30, 2022 Based on Race/Color (black), Sex (female),
Disability (ptsd, anxiety, depression, panic attacks), Harassment (non-sexual), and Retaliation (for engaging in prior complaints against) American Postal Workers Union AFL-CIO National Business Agent Craig Fisher when US Postal Service "violating management official" (Labor Relations Specialist Heather Ash) could not provide evidence of mailing and proof of service to the employee/grievant. That US Postal Service management officials did not lie and create a fake document in order to defraud an employee/grievant out of the financial compensation owed to her. American Postal Workers Union AFL-CIO National Business Agent Craig Fisher refused to prosecute employee grievance and negotiate in good faith a monetary settlement agreement because of the union's hostility towards the employee and to inflict harm upon the employee (emotional and financial). Instead Craig Fisher agreed to settle the grievance with whatever the employer who committed the fraud decided, by waiting for EEO to decide. A EEO Complaints Case the US Postal Service Labor Relations Specialist Heather Ash who the union (APWU) met on August 30, 2022 is a named violating management official.
(US Postal Service EEO department DOES NOT decide or preside over union grievances or union grievance settlement agreements and The Union "American Postal Workers Union" DOES NOT decide or preside over US Postal Service EEO department complaint cases or decisions). Violating Collective Bargaining Agreement Article 2.1 (Non-Discrimination and Civil Rights), Article 14 (Health and Safety), Article 15.1 (Grievance-Arbitration Procedure), Union Constitution Bylaws Article 15.1(c) (Violating the rights of the members), Article 15.1(d) (Civil Liability Union), the Rehabilitation Act of 1973, Union Breach of Duty of Fair Representation, Union Breach of Fiduciary Duties, Title 5 USC 7116(b)(1), (b)(2), (b)(3) Title 5 USC 7116(b)(1), (b)(2), (b)(3), (b)(4), (b)(5) Unfair Labor Practice for a Labor Organization, Title 29 USC 158(b)(1), (b)(2), (b)(3) Unfair Labor Practice for a Labor Organization or its Agents. The Statute of Limitations for a breach of written contract claims

is 10 years (735ILCS 5/13-206), the Statute of Limitations for when misappropriation is discovered is 5 years (765 ILCS 1065/7), and the Statute of Limitations for breach of fiduciary duties is 5 years in the state of Illinois. Plaintiff is seeking $71,301.20 (plus any share of grievance money owed and overtime) financial compensation and $20, 000 in Non-Economic Damages.



On September 12 and 13, 2022 Based on Race/Color (black), Sex (female), Disability (ptsd, anxiety, depression, panic attacks), Harassment (non-sexual), Retaliation (for engaging in prior complaints against). American Postal Workers Union AFL-CIO Director of Maintenance Division Idowu Balogun, Central Regional Coordinator Sharyn M. Stone, President Mark Dimondstein, Secretary-Treasurer Elizabeth Powell and Industrial Relations Director Charlie Cash failed to acknowledge. ignored, and refused to respond to the employee/grievant complaint and request. That the American Postal Workers Union AFL-CIO provide the grievant with a NEW Union Step 3 grievance decision meeting for grievance CM222-186 because the employee/grievant did not receive a fair, impartial, and unbiased Step 3 Union meeting on August 30, 2022
American Postal Workers Union AFL-CIO National Business Agent Craig Fisher along with US Postal Service Labor Relations Specialist Heather Ash both had a "Conflict of Interest" and hostility towards the employee/grievant. And the US Postal Service Labor Relations Specialist Heather Ash is a named violating management official in the EEO Case American Postal Workers Union AFL-CIO National Business Agent Craig Fisher agreed to settle the employee Union Step 3 grievance with. (US Postal Service EEO department DOES NOT decide or preside over (APWU) union grievances or grievance settlement meetings and The Union (APWU) DOES NOT decide or preside over US Postal Service EEO department complaints cases or decisions). Violating the Collective Bargaining Agreement Article 2.1 (Non-Discrimination and Civil Rights), Article 14 (Health and Safety) Article 15.1 (Grievance-Arbitration Procedure), Union Constitution Bylaws Article 15.1(c) (Violating the rights of the members), Article 15.1(d) (Civil Liability Union), the Rehabilitation Act of 1973, Union Breach of Duty of Fair Representation, Union Breach of Fiduciary Duties, Title 5 USC 7116(b)(1), (b)(2), (b)(3), (b)(4), (b)(5) Unfair Labor Practice for a Labor Organization, Title 29 USC 158(b)(1), (b)(2), (b)(3) Unfair Labor Organization for a Labor Organization or its Agents. The Statute of Limitations for a breach of written contract claims is 10 years (735 ILCS 5/13-206), the Statute of Limitations for when misappropriation is discovered is 5 years (765 ILCS 1065/7) ,and the Statute of Limitations for breach of fiduciary duties is 5 years in the state of Illinois. Plaintiff is seeking $20, 000 in Non-Economic Damages.

August 2, 2024    Page 4 of 4

Please Take Notice that Plaintiff will be immediately Amending this Civil Case filing as soon as possible according to the Federal Civil Procedure. A number of relavations has come to like this recent year and additional misconduct by the union, claims relevant to This Civil Case Complaint of Plaintiff.

Respectfully Submitted,

*Alyce R. Anderson*

Alyce R. Anderson
2266 W. 10th Ave.
Gary, Indiana 46404
219-427-1683 Landline/Fax

Case: 1:23-cv-01117 Document #: 70 Filed: 05/07/24 Page 1 of 1 PageID #:329

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

Alyce R. Anderson

                                        Plaintiff,

v.                                                    Case No.: 1:23−cv−01117

                                                    Honorable Charles P. Kocoras

American Postal Workers Union AFL−CIO and
Northwest Illinois Area Local 7140, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 7, 2024:

       MINUTE entry before the Honorable Charles P. Kocoras: In light of the notice of voluntary dismissal [69], this matter is dismissed without prejudice, to convert to a dismissal with prejudice in 90 days without further order of the Court. Civil case terminated. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

May 7, 2024

**RECEIVED**

MAY 07 2024 JE

United States District Court
Northern District of Illinois
Eastern Division

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Alyce R. Anderson, Plaintiff

v

Case No. 23 cv 01117
Judge Charles P. Kocoras

American Postal Workers Union, AFL-CIO
Northwest Illinois Area Local 7140, Defendants

Motion by Plaintiff to Withdraw Civil Action Without Prejudice

Plaintiff respectfully request to formally Withdraw Plaintiff Civil Action Case number 23-cv-01117 without prejudice. Reasons being, the wrongful actions, blatant misconduct, and illegal invasion of privacy by the other parties, against Plaintiff, which have NOT been addressed by the Judge. The proceedings environment has been made Hostile, Unhealthy, and Unsafe for the Plaintiff to continue. Plaintiff has lost all confidence, after Thursday April 4, 2024 status hearing, that I will receive a fair, unbiased, and impartial proceedings because it is no longer a "Safe Space". Plaintiff was HARMED on Thursday April 4, 2024. Plaintiff civil action 23-cv-01117 (filed back in February of 2023) also has been jeopardized by the unwarranted and unprovoked attack on Plaintiff, and the professional misconduct by former court appointed attorney (Jesse V. Barrientes), who was taking instructions from outside influences wanting to hurt Plaintiff prosecution of the case. Plaintiff, respectfully request to Withdraw Civil Action case number 23-cv-01117 without prejudice.

Respectfully Submitted
Alyce R. Anderson, Plaintiff
1713 Franklin St. Apt A
South Bend, IN 46613
574-999-1827 Landline

## CERTIFICATE OF SERVICE

I certify that the attached Document(s) was (were) sent as indicated this day to each of the following;

**Defendants Attorneys**

**US Mail**

N. Elizabeth Reynolds
Patrick J. Foote
Allison, Slutsky, and Kennedy, P.C
230 W. Monroe Street Suite 2600
Chicago, Illinois 60606
(312) 364-9400 office

**US Mail**

Brandon M. Anderson
Jacobs, Burns, Olive, and Hernandez, LLP
1 North LaSalle Street Suite 1620
Chicago, Illinois 60602
(312) 327-3461 office

**US Mail**

Arlus J. Stephens
Murphy Anderson P LLC
1401 K. Street N.W Suite 300
Washington, D.C 20005
(202) 223-2620

May 7, 2024
DATE

_____
PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that the attached Document(s) was (were) sent as indicated this day to each of the following;

**Defendants Attorneys**

**US Mail**
N. Elizabeth Reynolds
Patrick J. Foote
Allison, Slutsky, and Kennedy, P.C
230 W. Monroe Street Suite 2600
Chicago, Illinois 60606
(312) 364-9400 office

**US Mail**
Brandon M. Anderson *and Marissa O. Longoria*
Jacobs, Burns, Olive, and Hernandez, LLP
~~150 North Michigan Avenue Suite 1000~~ / *N. LaSalle St.*
Chicago, Illinois 6060~~2~~ *Suite 1620*
(312) 327-3461 office

**US Mail**
Arlus J. Stephens
Murphy Anderson P LLC
1401 K. Street N.W Suite 300
Washington, D.C 20005
(202) 223-2620

_____
DATE

_____
PLAINTIFF