United States District Court
For the Northern District of Illinois
Eastern Division

FILED
JAN 29 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Alyce R. Anderson, Plaintiff

V

Case No. 24 cv 07083
Judge Edmond E. Chang

Northwest Illinois Area Local 7140 and
American Postal Workers Union, AFL-CIO

PLAINTIFF TRAVEL NOTICE

Plaintiff would like to formally inform the court that Plaintiff will be on vacation again, and

(out of the country) from Saturday August 16, 2025 to Monday September 1, 2025.

Respectfully,

Alyce R. Anderson
Plaintiff
1713 Franklin St.
South Bend, Indiana 46613
574-999-1827 landline